**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   Marvinell Harlan v. Texas Workforce Commission, Appeal Tribunal, Hearing Officer J. Koehn, Hearing Officer J. Lawrence, and Commissioners Hope Andrade and Andres Alcantar

Appellate case number:   01-17-00849-CV

Trial court case number:   2015-11049

Trial court:   190th District Court of Harris County

Appellant, Marvinell Harlan, has filed a motion to extend time to file a motion for rehearing, requesting an extension of fifty days. *See* TEX. R. APP. P. 49.1, 49.8. The motion is **granted it part**. Appellant's motion for rehearing is due to be filed no later than **September 21, 2018**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
⊠ Acting individually   ☐ Acting for the Court

Date: September 6, 2018